**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| CHESTER T. WHITE, | ) | Case No. 5:23-cv-0301 |
| *Plaintiff,* | ) | |
| | ) | Thomas J. McAvoy |
| v. | ) | United States District Judge |
| | ) | |
| KILOLO KIJAKAZI, | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| *Defendant.* | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, should the Appeals Council remand to an administrative law judge, the administrative law judge will conduct further administrative proceedings and develop the record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including, if necessary, offering Plaintiff a new hearing and issuing a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Kilolo Kijakazi,

By Her Attorneys

Carla B. Freedman,
United States Attorney

*/s/ Heetano Shamsoondar*
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Blvd

Ruben Esquivel

By His Attorney

*/s/Howard D. Olinsky*
Howard D. Olinsky
Olinsky Law Group
250 South Clinton Street – Suite 210
Syracuse, NY 13202
Tel: (315) 701-5780

Baltimore, MD 21235
212-264-2426
heetano.shamsoondar@ssa.gov

Fax: (315) 701-5781
holinsky@windisability.org

IT IS SO ORDERED.
DATED: 8/24/2023

Hon. Thomas J. McAvoy
Senior U.S. District Judge