UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| CHESTER T. WHITE, | : |
| | : |
| | : **CONSENT ORDER AWARDING** |
| Plaintiff, | : **ATTORNEY'S FEES UNDER THE** |
| | : **EQUAL ACCESS TO JUSTICE ACT** |
| v. | : **(EAJA), 28 U.S.C. § 2412(d)** |
| | : |
| KILOLO KIJAKAZI, | : |
| Acting Commissioner of Social Security | : Hon. Thomas J. McAvoy, U.S. Magistrate |
| | : Judge |
| | : Civil Action No. 5:23-cv-00301 |
| Defendant. | : |

-------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $1,336.18 (one thousand, three hundred, and thirty-six dollars and eighteen cents) for attorney fees, and costs in the amount of $0.00 (zero dollars and zero cents) pursuant to 28 U.S.C. § 1920. Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA.

It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer her rights to EAJA fees to her attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

AND, the Court having reviewed this matter,

IT IS on this 6th day of December, 2023;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

_____
Thomas J. McAvoy,
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

                    CARLA B. FREEDMAN
                    United States Attorney
                    Northern District of New York
                    Attorney for Defendant

By: *s/ Heetano Shamsoondar*
      Heetano Shamsoondar
      Special Assistant U.S. Attorney
      Office of Program Litigation, Office 2
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      212-264-2426
      Email: heetano.shamsoondar@ssa.gov

      OLINSKY LAW GROUP
      Attorneys for Plaintiff

By: _____
      Howard D. Olinsky
      Olinsky Law Group
      250 South Clinton Street - Suite 210
      Syracuse, NY 13202
      315-701-5780
      Fax: 315-701-5781
      Email: holinsky@windisability.com